UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GREGORY PICINICH,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, GABRIELLA ANTIOCHO,
ESQ., OFFICE OF LEGAL SERVICES/
GENERAL COUNSEL, in her official and
individual capacity; ASSISTANT PRINCIPAL
ELIZABETH M. GUGLIELMO, in her official
and individual capacity,

                Defendant.
-----------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
16-CV-844 (CBA) (LB)

**AMON, United States District Judge:**

Plaintiff Gregory Picinich, proceeding pro se, brings this employment discrimination action against his former employers, the New York City Department of Education, Gabriella Antiocho, and Elizabeth M. Guglielmo (collectively, "Defendants"). (See D.E. # 1; D.E. # 39.) Defendants have moved to dismiss Picinich's amended complaint. (D.E. # 43.) The Court referred Defendants' motion to the Honorable Lois Bloom, United States Magistrate Judge, who thereafter submitted a Report and Recommendation ("R&R") recommending that the Court grant Defendants' motion to dismiss and not grant Picinich leave to amend his complaint, because he has already been granted leave to amend once before. (D.E. # 49.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a

1

district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. Accordingly, the Court grants Defendants' motion to dismiss Picinich's amended complaint and hereby directs the Clerk of Court to close this case.

SO ORDERED.

Dated: August 17, 2018
Brooklyn, New York

s/Carol Bagley Amon

Carol Bagley Amon
United States District Judge